UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMBER K. WARRIS,

    Plaintiff,

v.                                            CASE NO.: 8:09-cv-1060-T-23EAJ

ARIN ENTERPRISES, et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff sues under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"), to recover overtime compensation. A May 3, 2010, order (Doc. 20) rejects the parties settlement agreement, which contained an unenforceable confidentiality provision. See Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010). The parties submit a "response to order of the court dated May 3, 2010" (Doc. 21), which is construed as a motion for approval of an amended settlement agreement. The parties state that (a) the settlement fully compensates the plaintiff for all unpaid wages, liquidated damages, attorneys' fees, and costs claimed in the complaint and (b) the attached agreement includes every term and condition of the parties' settlement. The settlement agreement (Doc. 21 at 3) provides that the defendant will pay the plaintiff $750.00, which amount includes $3750.00 for unpaid overtime wages and $375.00 for liquidated damages. Additionally, the defendant will pay $4,050.00 for reasonable attorneys' fees and costs, which the parties negotiated separately and without regard to the amount paid to the plaintiffs. See Bonetti v. Embarq Mgmt. Co., __ F. Supp. 2d __, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

The settlement agreement fully compensates the plaintiff for his FLSA claim and effects no "compromise" within the meaning of Lynn's Food. Accordingly, the parties' motion (Doc. 21) for approval of the settlement agreement is **GRANTED**, and the settlement agreement (Doc. 21 at 3) is **APPROVED**. In accord with the parties' settlement agreement, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on May 12, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE